DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAMANTHA SCHOTT BENNETT (NYBN 5130263)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    samantha.schott@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 18-0480 SVK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER VACATING GUILTY PLEA AND DISMISSING INFORMATION.** |
| JOSE HEREDIA IV, | ) |
| Defendant. | ) |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Samantha Schott, and defendant Jose Heredia IV (defendant), by and through his counsel of record, hereby stipulate as follows:

    1.    On or about February 5, 2020, defendant Heredia pleaded guilty pursuant to a plea agreement to Count Two of the captioned misdemeanor Superseding Information, Obstruction of Mail, in violation of 18 U.S.C. § 1701. Defendant Heredia signed a diversionary plea agreement providing for withdrawal of the guilty plea and dismissal of the charge if defendant successfully completed diversion and satisfied his restitution obligation.

    2.    Defendant Heredia has successfully complied with the terms of the diversion agreement

and has satisfied his restitution obligations.

3. Defendant Heredia now moves to withdraw his guilty plea to the violation of 18 U.S.C. § 1701.

4. The government agrees that Defendant Heredia has successfully completed the terms of the diversion agreement and does not oppose Defendant's application to withdraw his guilty plea.

5. Upon the Court's withdrawal of Defendant's guilty plea, the government moves to dismiss the misdemeanor Superseding Information against Defendant Heredia for the reasons stated above and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 17, 2020

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

 /s/ Samantha Schott Bennett
SAMANTHA SCHOTT BENNETT
Assistant United States Attorney


 /s/ Tamara Crepet
TAMARA CREPET
Attorney for Jose Heredia IV

### [PROPOSED] ORDER

Good cause appearing, for the reasons stated above, the Court hereby orders that Defendant Jose Heredia's guilty plea, entered on February 5, 2020, be WITHDRAWN.

Upon withdrawal of Defendant Heredia's guilty plea, the Court hereby GRANTS the government's motion to dismiss the misdemeanor Superseding Information against Defendant Heredia pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The misdemeanor Superseding Information against Defendant Heredia is hereby DISMISSED.

IT IS SO ORDERED.

DATED: August 17, 2020

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
CASE NO. CR 18-0480 SVK